UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-11194-MBB |
| | ) | |
| $572,204.00 IN UNITED STATES | ) | |
| CURRENCY, MORE OR LESS | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT IN SUPPORT OF MOTION
FOR ENTRY OF DEFAULT**

I, Rachael S. Rollins, state under oath as follows:

1.    I am an Assistant United States Attorney.  I represent the plaintiff, the United States of America, in this case. This is an action in rem for forfeiture of the defendant currency, described as $572,204.00 in United States currency (the "Defendant Currency").  Accordingly, this action is governed by the procedures set forth in the Federal Rules of Civil Procedure and in Rules C and G of the Supplemental Rules for Certain Admiralty and Maritime Claims.

2.    As described in the Affidavits of United States Drug Enforcement Administration Special Agent Jeffrey Commander, Exhibit A to the Complaint in this case, the Defendant Currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) and § 881(b), because it represents moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of the Controlled

Substances Act.

3.     The Complaint for Forfeiture <u>in Rem</u> was filed on or about June 28, 2007. <u>Docket #1</u>

4.     This Court issued a Warrant and Monition on or about September 12, 2007, <u>Docket #2</u>, directing the United States Marshals Service to give notice to all persons concerned that a Complaint <u>in Rem</u> had been filed, and to arrest and retain the Defendant Currency in its custody.

5.     Winston H. Conkling, the registered owner of the vehicle that the Defendant Currency was seized from, was sent a certified copy of the Complaint and Monition by certified mail on September 19, 2007 and filed a Claim and an Answer to the Complaint on October 26, 2007 through his counsel.  See <u>Docket #7</u>.

6.     Publication of the Complaint and Monition was made in the <u>Boston Herald</u> on September 25, 2007, October 2, 2007, and October 9, 2007.  See <u>Docket #12</u> for a copy of the process receipt and return for publication executed by United States Marshals Service.

7.     Under Supplemental Rule (G)(5), any person asserting an interest in the Defendant Currency is required to file a claim within thirty (30) days after process has been executed and an answer within twenty (20) days after the filing of the claim.

8.     To date, only one claim to the Defendant Currency and answer to the complaint have been filed by Winston H. Conkling, and the time for filing any other claims and answers has expired.

9.   On October 15, 2009, Winston H. Conkling, through his counsel, filed a Voluntary Stipulation of Dismissal with prejudice and without costs.   See Docket #25.

10.   On October 15, 2009 this Court issued a Final Judgment dismissing the claim of Winston H. Conkling.   See Docket #26.

Signed under the penalties of perjury this 19th day of October, 2009.

/s/Rachael S. Rollins
RACHAEL S. ROLLINS
Assistant U.S. Attorney